ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Straub Construction, Inc. | ) | ASBCA No. 63470 |
| | ) | |
| Under Contract No. N62473-16-C-4602 | ) | |

APPEARANCE FOR THE APPELLANT:    Richard J. Pinto, Esq.
      Marks, Golia & Pinto, LLP
      San Diego, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
      Navy Chief Trial Attorney
      Anthony Hicks, Esq.
      Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $191,420.92. Appellant has agreed to waive Contract Disputes Act interest.

Dated: December 8, 2022

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_JOHN J. THRASHER_                          _RICHARD SHACKLEFORD_
Administrative Judge                        Administrative Judge
Chairman                                    Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63470, Appeal of Straub
Construction, Inc., rendered in conformance with the Board's Charter.

        Dated:  December 8, 2022


_PAULLA K. GATES-LEWIS_
Recorder, Armed Services
Board of Contract Appeals

2